IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-69-D

| | |
|---|---|
| RACHEL ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAELS STORES, INC., ) | |
| ) | |
| Defendant. ) | |

The amount in controversy does not exceed the sum or value of $75,000, exclusive of interest or costs. 28 U.S.C. § 1332(a); see [D.E. 1-1] 5–8; see also [D.E. 12] 2–4; [D.E. 17] 3–9; cf. Jones v. Wells Fargo Co., 671 F. App'x 153, 154 (4th Cir. 2016) (per curiam) (unpublished). Thus, plaintiff's motion to remand [D.E. 11] is GRANTED, and the action is REMANDED to Craven County Superior Court. Plaintiff's request for attorney's fees and costs is DENIED.

SO ORDERED. This 12 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge